UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

CASE No. 8:20-mj-1807-T-TGW                DATE: AUGUST 20, 2020

## HONORABLE THOMAS G. WILSON

UNITED STATES OF AMERICA                   AUSA DIEGO NOVAES
-v-
ANDREW BADOLATO                            AFPD PERCY KING

INTERPRETER: N/A                           TIME: 2:12-2:34 (22 min)
DEPUTY CLERK: DAWN M. SAUCIER              TAPE: N/A
COURT REPORTER: N/A                        COURTOOM 12A

**PROCEEDING:    RULE 5 INITIAL APPEARANCE**

| | |
|---|---|
| __X__ | Defendant advised of charges in Indictment from Southern District of New York (Case No. 20-cr-412) |
| __X__ | Arrest Date: 8/20/2020 |
| __X__ | Financial affidavit submitted |
| __X__ | AFPD appointed for purposes of today's hearing |
| __X__ | Court advises defendant of Rule 5 and Rule 20 rights and charges |
| __X__ | Identity hearing held |
| __X__ | Bond/Detention: |

    Government: Agrees to conditions of release; restricted travel except to appear in court in SDNY; surrender travel documents/passports; cannot solicit or access money from Build the Wall accounts; no contact with co-defendants; surrender firearms; no objection to reserving bond issue for SDNY.

    Defendant: Requests permission to travel outside district for work and; asks for unsecured bond.

    Court: Defendant to be released on standard conditions of release. Special conditions: Report to Pretrial Services by telephone by 4:00 p.m. every Thursday; cannot withdraw or access money from any We Build the Wall accounts; must

remove guns from residence; no contact with named co-defendants; defendant may not travel outside MDFL or NY metropolitan area without prior approval from SDNY; may not change address without prior approval of SDNY; must provide DNA specimen on request of law enforcement. Defendant ordered to appear for status conference in SDNY before Judge Analisa Torres scheduled for Aug 31, 2020, at 1:00 pm via Skype.

__X__  Defendant continued in custody of U.S. Marshal pending completion of bond paperwork