CLOSED

# U.S. District Court
# Middle District of Florida (Tampa)
# CRIMINAL DOCKET FOR CASE #: 8:20-mj-01807-TGW All Defendants

| | |
|---|---|
| Case title: USA v. Badolato | Date Filed: 08/20/2020 |
| Other court case number: 20cr412 Southern District of New York | Date Terminated: 08/20/2020 |

Assigned to: Magistrate Judge Thomas G. Wilson

### Defendant (1)

| | | |
|---|---|---|
| **Andrew Badolato**<br>*TERMINATED: 08/20/2020* | represented by | **Percy King**<br>Federal Public Defender<br>400 N. Tampa St., Suite 2700<br>Tampa, FL 33602<br>Email: Percy_King@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1349.F ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Diego Fontes Novaes** <br> US Attorney's Office - FLM <br> Suite 3200 <br> 400 N Tampa St <br> Tampa, FL 33602-4798 <br> 813-274-6000 <br> Email: diego.novaes@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/20/2020 | 1 | Arrest pursuant to Rule 5(c)(2) of Andrew Badolato from the Southern District of New York. (DMS) (Entered: 08/20/2020) |
| 08/20/2020 | 2 | ***CJA 23 Financial Affidavit by Andrew Badolato. (DMS) (Entered: 08/20/2020) |
| 08/20/2020 | 4 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Andrew Badolato. Signed by Magistrate Judge Thomas G. Wilson on 8/20/2020. (Wilson, Thomas)** (Entered: 08/20/2020) |
| 08/20/2020 | 5 | Oral MOTION to Appoint Counsel, Oral MOTION for Bond by Andrew Badolato. (DMS) (Entered: 08/20/2020) |
| 08/20/2020 | 6 | Minute Entry for proceedings held before Magistrate Judge Thomas G. Wilson: Granting 5 Oral Motion to Appoint Counsel; granting 5 Oral Motion for Bond; INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 8/20/2020 as to Andrew Badolato from the Southern District of New York. (DIGITAL) (Interpreter/Language: N/A) (DMS) (Entered: 08/20/2020) |
| 08/20/2020 | 7 | **ORDER Setting Conditions of Release as to Andrew Badolato. Signed by Magistrate Judge Thomas G. Wilson on 8/20/2020. (DMS)** (Entered: 08/21/2020) |
| 08/20/2020 | 8 | **ORDER directing Pretrial Services to maintain passport as to Andrew Badolato. Signed by Magistrate Judge Thomas G. Wilson on 8/20/2020. (DMS)** (Entered: 08/21/2020) |
| 08/20/2020 | 9 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the Southern District of New York as to Andrew Badolato. Signed by Magistrate Judge Thomas G. Wilson on 8/20/2020. (DMS)** (Entered: 08/21/2020) |
| 08/21/2020 | | NOTICE to Southern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Andrew Badolato regarding your case number: 20-cr-412. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a |

| | | different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (DMS) (Entered: 08/21/2020) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/21/2020 15:01:24 | | | |
| **PACER Login:** | us5070:2654438:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:20-mj-01807-TGW |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**