UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE No. 8:20-mj-1807-T-TGW

ANDREW BADOLATO

## ORDER OF RELEASE

It is hereby ORDERED:

1. That the conditions of release are hereby established as set forth below.

2. That the United States Marshal is hereby directed to release the above-named defendant upon his agreement, in writing, to comply with the following conditions of release.

DONE and ORDERED at Tampa, Florida, this 20th day of August, 2020.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

## CONDITIONS OF RELEASE

1. The defendant must appear before the Court in accordance with all notices.

2. The defendant must not, at any time, for any reason whatsoever, leave the Middle District of Florida or the New York metropolitan area without first obtaining the written permission of the U.S. District Court for the Southern District of New York.

3. The defendant must not change his present address without first notifying in writing the Clerk of Court of the Southern District of New York.

4. The defendant shall not commit a federal, state or local crime during the period of his release. The defendant shall not possess any controlled substances. The defendant shall inform the Pretrial Services Agency in the Middle District of Florida **immediately** if arrested or otherwise charged with any offense. The defendant is specifically advised that federal law prohibits conduct relating to intimidation of witnesses, jurors and officers of the Court (18 U.S.C. 1503); conduct relating to obstruction of criminal investigations (18 U.S.C. 1510); conduct involving tampering with witnesses, victims or informants (18 U.S.C. 1512); and conduct involving retaliation against a witness, victim or informant (18 U.S.C. 1513), as well as attempts to commit any of the foregoing acts.

5. **SPECIAL CONDITIONS:**

(a) The defendant shall report by telephone (813-225-7648), every **Thursday** no later than **4:00 P.M.**, to the United States Pretrial Services Office in the Middle District of Florida.

(b) The defendant is prohibited from withdrawing or accessing money from any We Build the Wall accounts.

(c) The defendant shall remove all firearms from his residence.

(d) The defendant shall have no contact with any named co-defendants in his case.

(e) The defendant shall provide a DNA specimen on the request of law enforcement.

(f) The defendant shall appear for a status conference in the Southern District of New York before United States District Judge Analisa Torres on August 31, 2020, at 1:00 p.m. via Skype, or as otherwise directed by the court.

-2-

Furthermore, federal law provides that a person convicted of an offense which is committed while the defendant is released under these conditions of release shall be sentenced, in addition to the sentence prescribed for the offense, to a term of imprisonment of not more than 10 years if the offense is a felony; or a term of not more than one year, if the offense is a misdemeanor. Any term of imprisonment imposed pursuant to this provision of law is to be consecutive to any other term of imprisonment.

I acknowledge that I have read the above or that the above has been read to me and that I fully understand the conditions of my release and the possible penalties for the violation of any of those conditions.

I further acknowledge that I have been given a copy of this instrument.

Signed at Tampa, Florida, this 2d day of August, 2020.



WITNESS                                    DEFENDANT

1. The Middle District of Florida consists of the following Florida counties: Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Madison, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwannee, Union and Volusia.

2. The telephone numbers and mailing address for the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, are: 813/301-5400; and 801 North Florida Avenue, Second Floor, United States Courthouse, Tampa, FL 33602.

3. The telephone number of the United States Marshal's Office for the Middle District of Florida, Tampa Division, is: 813/274-6401.

4. The telephone number and mailing address of the United States Attorney for the Middle District of Florida, Tampa Division, are: 813/274-6000; and 400 Tampa Street, Suite 3200, Tampa, FL 33602.

5. The telephone number and address of the United States Pretrial Services Agency, Tampa Division, are: 500 Zack Street, Room 301, Tampa, FL 33602; and 813/225-7648 (or 1/800/676-0125).

6. <u>NOTICE TO COUNSEL AND DEFENDANT</u>: In cases assigned to United States Magistrate Judge Thomas G. Wilson, any requests to travel outside the area set forth in this document must be submitted **in a written motion with a proposed order at least three (3) days prior to the date upon which travel is expected to begin.** Failure to

-4-

comply with this requirement will result in automatic denial of the request unless a showing is made that an actual emergency situation exists, such as serious illness in the family.