UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                   CASE No. 8:20-mj-1807-T-TGW

ANDREW BADOLATO

_____

ORDER

THIS CAUSE came on for consideration sua sponte. It is, upon consideration,

ORDERED:

That, pending further order of the court, the Pretrial Services Office shall maintain custody of the defendant's passport, which was delivered in court to a representative of that office on today's date.

DONE and ORDERED at Tampa, Florida, this 10th day of August, 2020.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE