UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:20-mj-1807-T-TGW

ANDREW BADOLATO

## ORDER OF REMOVAL

The defendant, having been apprehended in the Middle District of Florida on an indictment out of the Southern District of New York and subsequently released, is hereby ORDERED to appear via Skype on August 31, 2020, at 1:00 p.m., before United States District Judge Analisa Torres, or as otherwise directed by the United States District Court for the Southern District of New York.

DONE and ORDERED at Tampa, Florida, this 20th day of August, 2020.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE