AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York  ▼

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   20-CR-412 |
| Brian Kolfage, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Andrew Badolato                                                                                                   .

Date:     08/28/2020

/s/ Daniel L. Stein
*Attorney's signature*

Daniel L. Stein, 3050028
*Printed name and bar number*

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020

*Address*

dstein@mayerbrown.com
*E-mail address*

(212) 506-2646
*Telephone number*

(212) 849-5573
*FAX number*