AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 20-CR-412 |
| Brian Kolfage, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Andrew Badolato

Date:  08/28/2020

/s/ Michael P. Heffernan
*Attorney's signature*

Michael P. Heffernan, 5598099
*Printed name and bar number*

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020
*Address*

mheffernan@mayerbrown.com
*E-mail address*

(212) 506-2576
*Telephone number*

(212) 849-5797
*FAX number*