AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-CR-412 |
| Brian Kolfage, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Andrew Badolato                                                                                                          .

Date:   08/28/2020

/s/ Kelly B. Kramer
*Attorney's signature*

Kelly B. Kramer, 2887388
*Printed name and bar number*

Mayer Brown LLP
1999 K St. NW
Washington, DC 20006
*Address*

kkramer@mayerbrown.com
*E-mail address*

(202) 263-3007
*Telephone number*

(202) 263-5207
*FAX number*