USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

Andrew Badolato    ,

                Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 412 (AT) ( )

Defendant __Andrew Badolato_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

_X_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Andrew Badolato**
Print Defendant's Name

_____
Defense Counsel's Signature

**Daniel Stein**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__August 31, 2020__
Date  New York, New York

_____
ANALISA TORRES
United States District Judge