```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -v-

BRIAN KOLFAGE,
STEPHEN BANNON,
ANDREW BADOLATO, and   Defendant(s).
TIMOTHY SHEA
---------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 412 (AT) ( )

Defendant __ANDREW M. BADOLATO__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Andrew M. Badolato
_____
Print Defendant's Name

_____
Defense Counsel's Signature

Michael P. Heffernan
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

12/17/2020
_____
Date

_____
ANALISA TORRES
United States District Judge