USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/2020

# NOTICE OF APPEAL

United States District Court
Southern District of New York

| | |
|---|---|
| United States of America<br>—v.—<br>Brian Kolfage, et al.<br>*Defendants.* | Docket No. 20 Cr. 412<br>Hon. Analisa Torres,<br>U.S. District Court Judge |

Notice is hereby given that We Build the Wall, Inc., and Kris Kobach, non-party movants in the above-captioned case, hereby appeal to the United States Court of Appeals for the Second Circuit from an Order denying their Motion to Modify a Post-Indictment Restraining Order, entered in this action on December 14, 2020 (ECF 63).

Dated:     December 27, 2020

Respectfully submitted,

*/s/ Justin S. Weddle*

Justin S. Weddle
Weddle Law PLLC
250 W. 55th St., Fl. 30
New York, NY 10019
212-997-5518
jweddle@weddlelaw.com

*Counsel for Kris Kobach and We Build the Wall, Inc.*

Cc:   Robert Sobelman, Esq.
    Assistant United States Attorney
    United States Attorney's Office, SDNY
    One Saint Andrew's Plaza,
    New York, NY 10007
    212-637-2616
    robert.sobelman@usdoj.gov

*Counsel for the United States*