

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**Daniel L. Stein**
Partner
T: +1 212 506 2646
F: +1 212 849 5573
DStein@mayerbrown.com

March 24, 2021

BY ECF

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Brian Kolfage, et al.,*
     *20 Cr.412 (AT)*

Dear Judge Torres:

As you know, we represent Andrew Badolato in the above-captioned matter. Mr. Badolato has been released, subject to conditions, including a condition restricting his travel to the Middle District of Florida, the Southern District of New York, the District of Columbia, and all points in between for the purpose of traveling to meet with counsel.

Mr. Badolato wishes to travel by automobile to Nashville, Tennessee, which is in the Middle District of Tennessee, to attend a series of business meetings. Mr. Badolato plans to leave for these meetings on or about March 29 and return to his residence in the Middle District of Florida no later than April 6, 2021. Mr. Badolato has advised his supervising Pretrial Services Officer in Florida, Jim Haskett, of his travel plans and will make periodic reports on the progress of his travel. Pretrial Services has advised that it has no objections to this travel. We have also advised government counsel of this planned trip, and AUSA Nicolas Roos has advised that the Government has no objection to this travel.

Accordingly, we respectfully request that the Court modify Mr. Badolato's pretrial release conditions for the limited purpose of allowing travel to the Middle District of Tennessee between March 29, 2021, and April 6, 2021, as described above.

Respectfully Submitted,

Daniel L. Stein
Partner

740605393.2

The Honorable Analisa Torres
March 24, 2021
Page 2

cc: All Counsel of Record
Jim Haskett
U.S. Pretrial Services Officer (via email)