

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 7, 2022

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Andrew Badolato*, 20 Cr. 412 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter jointly on behalf of the Government and defendant Andrew Badolato pursuant to the Court's order dated February 14, 2022 (Dkt. No. 150).

    The Government and Mr. Badolato are still in the final stages of discussions about a pretrial resolution of the case and do not anticipate that a trial on the charges against Mr. Badolato will be necessary. In the event it would be of assistance to the Court, the Government and Mr. Badolato are prepared to provide additional information about the status of the parties' discussions in a sealed submission.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    */s/ Robert B. Sobelman*
    Nicolas Roos
    Alison Moe
    Robert B. Sobelman
    (212) 637-2421/2225/2616

Cc:    Daniel L. Stein, Esq. (by ECF)
        Kelly B. Kramer, Esq. (by ECF)
        Michael P. Heffernan, Esq. (by ECF)