Case 1:20-cr-00412-AT   Document 157   Filed 03/14/22   Page 1 of 1



U.S. De... | USDC SDNY
United ... | DOCUMENT
Souther... | ELECTRONICALLY FILED
            | DOC #: _____
            | DATE FILED: 3/14/2022

The Silvio J...
One Saint A...
New York, New York 10007

March 14, 2022

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Brian Kolfage, et al.*, 20 Cr. 412 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter to request, with the consent of the defendants, that time be excluded under the Speedy Trial Act from March 15, 2022, until May 16, 2022.

    On November 9, 2021, the Court excluded time under the Speedy Trial Act until March 15, 2022, the date for which trial previously was scheduled. (Dkt. No. 134.) On January 13, 2022, the Court adjourned the trial to May 16, 2022. (Dkt. No. 145.) Accordingly, the Government respectfully requests, with the consent of the defendants, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to permit the defendants adequate time to review the Government's discovery productions and prepare for trial.

    Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Robert B. Sobelman*

---

GRANTED. Time until **May 16, 2022**, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A). The Court finds that the ends of justice served by granting the exclusion outweigh the interests of the public and Defendants in a speedy trial because such an extension is necessary to permit the parties time to prepare for trial.

SO ORDERED.

Dated: March 14, 2022
       New York, New York

ANALISA TORRES
United States District Judge