

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 31, 2022

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    ***United States v. Andrew Badolato and Timothy Shea*, 20 Cr. 412 (AT)**

Dear Judge Torres:

      The Government respectfully submits this letter pursuant to the Court's order dated March 28, 2022 (Dkt. No. 160), to advise the Court that defendant Andrew Badolato has reached an agreement in principle with the Government to enter a plea of guilty in this case. The Government and Badolato are in the process of formalizing their agreement and will submit an executed copy thereof as soon as possible. The Government and Badolato jointly request that the Court schedule a change of plea hearing for Badolato during the week of April 18, 2022. Badolato requests, without objection from the Government, that the change of plea hearing be held remotely.

      The Government further advises the Court that on March 25, 2022, upon reaching an agreement in principle with defendant Timothy Shea for him to enter a plea of guilty in this case and notifying the Court thereof, the Government transmitted to Shea a written plea agreement consistent with the agreement that had been reached in principle. To date, Shea has declined to execute that written plea agreement and has indicated that, notwithstanding his prior agreement in principle, he now wishes to proceed to trial. Accordingly, the Government respectfully requests that Shea be scheduled for trial on May 16, 2022, and the Government and Shea jointly request that the Court set a deadline of April 7, 2022 for the Government and Shea to file motions *in limine*, requests to charge, *voir dire*, and a verdict form, and a deadline of April 14, 2022 for the Government and Shea to respond to the opposing party's motions *in limine*.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

           By:        /s/
                       Nicolas Roos
                       Alison G. Moe
                       Robert B. Sobelman
                       (212) 637-2421/2225/2616

Cc:    Daniel L. Stein, Esq. (by ECF)
        Michael P. Heffernan, Esq. (by ECF)
        Kelly B. Kramer, Esq. (by ECF)
        John C. Meringolo, Esq. (by ECF)