

U.S. Depar... 

United Stat...
Southern D...

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/6/2023
```

The Silvio J. Moll...
One Saint Andrev...
New York, New York 10007

February 3, 2023

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Brian Kolfage, et al.*, 20 Cr. 412 (AT)

Dear Judge Torres:

The Government respectfully submits this letter per an email from the Court on January 27, 2023, directing the parties to confer and identify dates before May 19, 2023 on which all parties are available. Having conferred with defense counsel, the Government understands that the parties are available any time on April 24, 25, or 26.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
Mollie Bracewell
Nicholas Roos
Robert B. Sobelman
Derek Wikstrom
(212) 637-2218/2421/2616/1085

The sentencing scheduled for March 1, 2023 is ADJOURNED to **April 26, 2023**, at **11:00 a.m.**

SO ORDERED.

Dated: February 6, 2023
       New York, New York

ANALISA TORRES
United States District Judge