# MAYER | BROWN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/13/2023__

April 12, 2023

mayerbrown.com

**VIA ECF**

Kelly B. Kramer
Partner
T: +1 202.263.3007
KKramer@mayerbrown.com

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Andrew Badolato, 20 Cr. 412 (AT)

Dear Judge Torres:

In accordance with this District's ECF Rules and Instructions, I respectfully submit this letter on behalf of Defendant Andrew Badolato seeking approval of proposed redactions to Mr. Badolato's sentencing memorandum and accompanying exhibits. In accordance with the Court's ECF Rules, a redacted version has been filed publicly through ECF and related to this letter, while a complete version of the filing containing highlighted proposed redactions has been submitted to the Court and the Government via email. The proposed redactions consist of sensitive information related to Mr. Badolato's medical records, treatment, and diagnosis as well as similar, confidential information concerning third parties, specifically members of his family. In addition, the redacted content contains other personally-identifying and sensitive information. All of the proposed redactions fall into categories which are either subject to automatic redaction pursuant to Fed. R. Crim. P. 49.1 or the Court's cautionary instructions in ECF Rule 21.4 and Section IV. A. of the Court's Individual Rules of Practice in Civil Cases.

The Government consents to the filing under seal of the categories of information covered by Fed. R. Crim. P. 49.1 and ECF Rule 21.4.

Thank you for your consideration of this request.

Respectfully submitted,

*[signature]*

Kelly B. Kramer
*Counsel to Andrew Badolato*

      GRANTED.

      SO ORDERED.

      Dated: April 13, 2023
            New York, New York

*[signature]*
ANALISA TORRES
United States District Judge