# MAYER | BROWN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/14/2023__

April 13, 2023

mayerbrown.com

**VIA ECF**

**Kelly B. Kramer**
Partner
T: +1 202.263.3007
KKramer@mayerbrown.com

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     <u>United States v. Andrew Badolato</u>, 20 Cr. 412 (AT)

Dear Judge Torres:

In accordance with this District's ECF Rules and Instructions, we respectfully request that the Court direct the Clerk of the Court temporarily to seal the Sentencing Memorandum and its attachments [ECF #375] and to authorize counsel to file a corrected replacement copy. We mistakenly failed to redact one sentence in the Sentencing Memorandum and a few sentences in one of the supporting letters.

We sincerely apologize for the error.

Thank you for your consideration of this request.

Respectfully submitted,

*[signature]*

Kelly B. Kramer
*Counsel to Andrew Badolato*

            **GRANTED.**

            **SO ORDERED.**

            Dated: April 14, 2023
            New York, New York

            *[signature]*
            _____
            **HON. ANALISA TORRES**
            U.S. District Court Judge