UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
UNITED STATES OF AMERICA,

               -against-

ANDREW BADOLATO,

                      Defendant.
----------------------------------------------------x

**NOTICE OF APPEARANCE**

20 CR 412 (AT)

SIR/MADAM:

    PLEASE TAKE NOTICE, that I, James R. Froccaro, Jr., do hereby appear in the above-captioned criminal case for defendant ANDREW BADOLATO and have been retained as an attorney for said defendant. I was admitted to practice law in this district in or about May of the year 1988.

Dated: Port Washington, New York
       July 16, 2024

                                    Yours, etc.,

                                    /JRF/
                              _____
                              JAMES R. FROCCARO, JR. (JRF-5461)
                              20 Vanderventer Avenue, Suite 103W
                              Port Washington, NY 11050
                              (516) 944-5062 (phone)
                              (516) 944-5066 (fax)
                              JRFESQ61@aol.com (e-mail)