```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/18/2024___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

ANDREW BANDOLATO,

Defendant.

20 Cr. 412-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant's motion for a sentence reduction, ECF No. 430, as well as Probation's supplemental presentence report indicating that Defendant is eligible for a sentence reduction under Amendment 821, ECF No. 425. By **July 30, 2024**, the Government shall respond to Defendant's motion. Defendant shall file his reply, if any, by **August 6, 2024**.

    The Court of Clerk is directed to terminate the motion at ECF No. 429, which is duplicative of ECF No. 430.

    SO ORDERED.

Dated: July 18, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge