USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ANDREW BADOLATO,

Defendant.

20 Cr. 412-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has received Andrew Badolato's *pro se* motion for early termination of supervised release or, alternatively, for modification of travel conditions. *See* ECF No. 454. Accordingly, by **October 6, 2026**, the Government shall respond. The Government's response shall state Probation's position on the request.

SO ORDERED.

Dated: September 8, 2026
New York, New York

ANALISA TORRES
United States District Judge